1  Rick Simmons
   6920 N Glenarvon
2  Newman Lake, WA 99025
   509-226-1347

3

4  Rick Simmons, in pro per

5

6  ## IN THE UNITED STATES DISTRICT COURT

7  ## EASTERN DISTRICT OF WASHINGTON

8

9
   | Rick Simmons, | ) | Case No.:  **CV-11-343-LRS** |

10 Plaintiff, ) COMPLAINT FOR VIOLATION OF THE FAIR
   ) CREDIT REPORTING ACT 15 U.S.C. §1681 *et*
11 v. ) *seq*. and THE REVISED CODE OF
   ) WASHINGTON 19.182. *et seq*.
12 RELS LLC, a/k/a/ RELS, LLC, a/k/a/ RELS ) DEMAND FOR JURY TRIAL.
   )
13 Reporting Services, LLC, and Wells Fargo Bank, )
   )
14 N.A., a/k/a/ Wells Fargo Home Mortgage, )
   )
15 Defendants )

16

17

18 ## COMPLAINT

19     1.    This is an action for damages brought for violations of the Fair Credit Reporting

20 Act (FCRA) 15 U.S.C. §1681 *et seq*., and the Revised Code of Washington (RCW) 19.182. *et seq*.

21 ## JURISDICTION AND VENUE

22     2.    The jurisdiction of this Court is conferred by 15 U.S.C. §1681p and 15 U.S.C.

23 §1692k.

24     3.    Venue is proper in this District pursuant to 28 U.S.C. §1391b.

25 ## RECEIVED

26 SEP 1 9 2011

CLERK, U.S. DISTRICT COURT
SPOKANE, WASHINGTON

4.     Plaintiff, Rick Simmons, is a natural person and is a resident of the State of Washington, residing at 6920 N. Glenarvon, Newman Lake, Washington.

5.     Defendant RELS, LLC is organized under the laws of the State of Minnesota, registered with the Washington Secretary of State, whose agent for service is CT Corporation, 1801 WEST BAY DR NW STE 206, OLYMPIA, Washington, 98502.

6.     Defendant Wells Fargo Bank, N.A., is organized under the laws of the State of South Dakota, is registered as a foreign corporation with the Washington Secretary of State, and does not list an agent for service in the State of Washington; service of process is made upon the Washington Secretary of State per RCW 23B.15.100, at Washington Secretary of State, Legislative Building, PO Box 40220, Olympia, WA 98504-0220, Attention: Service of Process.

7.     All conditions precedent to the bringing of this action have been performed, waived or excused.

## FACTUAL ALLEGATIONS

8.     Paragraphs 1 through 7 are realleged as though fully set forth herein.

9.     On December 18, 2009, Defendants RELS, LLC and Wells Fargo, N.A. initiated a pull of Plaintiff's credit report from credit bureau Experian without permissible purpose, thereby reducing his credit score.

10.    On January 7, 2010, Defendants RELS, LLC and Wells Fargo, N.A. initiated a pull of Plaintiff's credit report from credit bureau Experian without permissible purpose, thereby reducing his credit score.

11.    On March 29, 2010, Defendants RELS, LLC and Wells Fargo, N.A. initiated a pull of Plaintiff's credit report from credit bureau Experian without permissible purpose, thereby reducing his credit score.

12.    On June 15, 2010, Defendants RELS, LLC and Wells Fargo, N.A. initiated a pull of Plaintiff's credit report from credit bureau Experian without permissible purpose, thereby reducing his credit score.

13.     On June 21, 2010, Defendants RELS, LLC and Wells Fargo, N.A. initiated a pull of Plaintiff's credit report from credit bureau Experian without permissible purpose, thereby reducing his credit score.

14.     On March 3, 2011, Defendant Wells Fargo N.A. initiated a pull of Plaintiff's credit report from credit bureau Experian without permissible purpose in violation of both Federal and State statutes.

15.     On June 16, 2011, Defendant Wells Fargo N.A. initiated a pull of Plaintiff's credit report from credit bureau Experian without permissible purpose in violation of both Federal and State statutes.

## COUNT I

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

## WILLFUL NON-COMPLIANCE BY DEFENDANT RELS, LLC

12.     Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

13.     At all times pertinent hereto, Defendant RELS, LLC is a "credit reporting agency" within the meaning of the FCRA, 15 U.S.C. §1681a(f).

14.     At all times pertinent hereto, Plaintiff was "consumer" as that term is defined by 15 U.S.C. §1681a(c).

15.     At all times pertinent hereto, the above-mentioned credit reports were "consumer reports" as those terms are defined by 15 U.S.C. §1681a (d).

16.     Defendant RELS, LLC willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

1           **a.**    Defendant RELS, LLC willfully violated 15 U.S.C. §1681b (f) 5 times

2  by obtaining Plaintiff's consumer reports without a permissible purpose as

3  defined by15 U.S.C. §1681b.

4

5  **COUNT II**

   **VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA),**

6  **15 U.S.C. §1681**

7  **NEGLIGENT NON-COMPLIANCE BY DEFENDANT**

   **RELS, LLC**

8

9          17.    Plaintiff incorporates the foregoing paragraphs as though the same were set forth

10  at length herein.

11          18.    At all times pertinent hereto, Defendant RELS, LLC is a "credit reporting

12  agency" within the meaning of the FCRA, 15 U.S.C. §1681a(f).

13          19.    At all times pertinent hereto, Plaintiff is a "consumer" within the meaning of the

14  FCRA, 15 U.S.C. §1681a (c).

15          20.    Defendant RELS, LLC negligently violated the FCRA. Defendant's violations

16  include, but are not limited to, the following:

17           **a.**    Defendant RELS, LLC negligently violated 15 U.S.C. §1681b (f) by

18  obtaining Plaintiff's consumer report 5 times without a permissible purpose as

19  defined by15 U.S.C. §1681b.

20  **COUNT III**

21  **VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681**

22  **WILLFUL NON-COMPLIANCE BY DEFENDANT**

23  **WELLS FARGO BANK, N.A.**

24         21.    Plaintiff incorporates the foregoing paragraphs as though the same were set forth

25  at length herein.

26

COMPLAINT FCRA SIMMONS VS RELS LLC

22.    At all times pertinent hereto, Defendant Wells Fargo, N.A. is a "person" within the meaning of the FCRA, 15 U.S.C. §1681a(b).

23.    At all times pertinent hereto, Plaintiff was a "consumer" as that term is defined by 15 U.S.C. §1681a(c).

24.    At all times pertinent hereto, the above-mentioned credit reports were "consumer reports" as those terms are defined by 15 U.S.C. §1681a (d).

25.    Defendant Wells Fargo, N.A. willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

   a.    Defendant Wells Fargo, N.A. willfully violated 15 U.S.C. §1681b (f) 7 times by obtaining Plaintiff's consumer reports without a permissible purpose as defined by15 U.S.C. §1681b.

## COUNT IV
## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA),
## 15 U.S.C. §1681
## NEGLIGENT NON-COMPLIANCE BY DEFENDANT
## WELLS FARGO BANK, N.A.

26.    Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

27.    At all times pertinent hereto, Defendant Wells Fargo, N.A. is a "person" within the meaning of the FCRA, 15 U.S.C. §1681a(b).

28.    At all times pertinent hereto, Plaintiff is a "consumer" within the meaning of the FCRA, 15 U.S.C. §1681a (c).

29.    Defendant Wells Fargo, N.A. negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:

a.    Defendant Wells Fargo, N.A. negligently violated 15 U.S.C. §1681b (f) by obtaining Plaintiff's consumer report 7 times without a permissible purpose as defined by15 U.S.C. §1681b.

**COUNT V**

**VIOLATION OF REVISED CODE OF WASHINGTON (RCW)**

**19.182.140 PROVISION OF INFORMATION TO**

**UNAUTHORIZED PERSON BY DEFENDANT**

**RELS, LLC**

30.    Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

31.    At all times pertinent hereto, Defendant RELS, LLC is a "credit reporting agency" within the meaning of the RCW, 19.182.010(5).

32.    At all times pertinent hereto, Plaintiff is a "consumer" within the meaning of the RCW, 19.182.010(3).

33.    At all times pertinent hereto, the above-mentioned credit reports were "consumer reports" as those terms are defined by RCW 19.182.010(4)(a).

34.    Defendant RELS, LLC negligently violated the RCW. Defendant's violations include, but are not limited to, the following:

a.    Defendant RELS, LLC negligently violated RCW 19.182.140 by providing Plaintiff's consumer report 5 times without a permissible purpose as defined by RCW 19.182.020.

**COUNT VI**

**VIOLATION OF REVISED CODE OF WASHINGTON (RCW)**

**19.182.130 OBTAINING INFORMATION**

**UNDER FALSE PRETENSES BY DEFENDANT**

**WELLS FARGO, N.A.**

COMPLAINT FCRA SIMMONS VS RELS LLC

6

35.    Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

36.    At all times pertinent hereto, Defendant Wells Fargo, N.A. is a "person" within the meaning of the RCW, 19.182.010(12).

37.    At all times pertinent hereto, Plaintiff was a "consumer" as that term is defined by RCW, 19.182.010(3).

38.    At all times pertinent hereto, the above-mentioned credit reports were "consumer reports" as those terms are defined by RCW 19.182.010(4)(a).

39.    Defendant Wells Fargo, N.A. willfully violated the RCW. Defendant's violations include, but are not limited to, the following:

    a.    Defendant Wells Fargo, N.A. willfully violated RCW 19.182.130 7 times by obtaining Plaintiff's consumer reports without a permissible purpose as defined by RCW 19.182.020.

**WHEREFORE**, Plaintiff demands judgment for damages against RELS, LLC for statutory damages, and punitive damages, fees and costs, pursuant to 15 U.S.C. §1681n.

WHEREFORE, Plaintiff demands judgment for damages against RELS, LLC for statutory damages, and punitive damages, fees and costs pursuant to 15 U.S.C. §1681o.

WHEREFORE, Plaintiff demands judgment for damages against RELS, LLC for statutory damages, and punitive damages, fees and costs, pursuant to RCW 19.182.140.

WHEREFORE, Plaintiff demands judgment for damages against WELLS FARGO BANK, N.A. for statutory damages, and punitive damages, fees and costs, pursuant to 15 U.S.C. §1681n.

WHEREFORE, Plaintiff demands judgment for damages against WELLS FARGO BANK, N.A. for statutory damages, and punitive damages, fees and costs pursuant to 15 U.S.C. §1681o.

WHEREFORE, Plaintiff demands judgment for damages against WELLS FARGO BANK, N.A. for statutory damages, and punitive damages, fees and costs pursuant to RCW 19.182.130.

1

2

3

4

5

6

7

8

9

10

11                                    Dated this day   9-19-2011

12

13

14

15

16

17                                    Rick Simmons, in pro per
                                      6920 N Glenarvon
18                                    Newman Lake, WA 99025
                                      509-226-1347
19

20

21

22

23

24

25

26

COMPLAINT  FCRA  SIMMONS  VS  RELS  LLC                              8