Ronald E. Beard, WSBA No. 24014
David C. Spellman, WSBA No. 15884
Tiffany Scott Connors, WSBA No. 41740
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone: 206.223.7000
Facsimile: 206.223.7107

Attorneys for Defendants Wells Fargo Bank, N.A., and Wells Fargo Home Mortgage

THE HON. LONNY R. SUKO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICK SIMMONS,<br><br>    Plaintiff,<br><br>  v.<br><br>RELS LLC, a/k/a RELS, LLC, a/k/a RELS REPORTING SERVICES, LLC; WELLS FARGO BANK, N.A., a/k/a WELLS FARGO HOME MORTGAGE,<br><br>    Defendants. | No. CV-11-00343-LRS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This matter comes before the Court on a stipulation of the parties to dismiss all claims in the above-captioned case. The Court, having given due deliberation and consideration to the parties' stipulation, hereby orders the following:

1. All claims brought in the above-captioned case are DISMISSED with prejudice.

2. This case is DISMISSED.

3. Each party shall bear its own costs and attorneys' fees.

ORDER OF DISMISSAL WITH PREJUDICE - 1
No. CV-11-00343-LRS

1

2      IT IS SO ORDERED.

3

4  Dated: June 8, 2012.    *s/Lonny R. Suko*

5                                          Lonny R. Suko
                                   United States District Judge

6

7  Presented by:
   LANE POWELL PC

8

9  */s/ Tiffany Scott Connors*
   Ronald E. Beard, WSBA No 24014
   Tiffany Scott Connors, WSBA No. 41740
10 Attorneys for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF DISMISSAL WITH PREJUDICE - 2
No. CV-11-00343-LRS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

105727.1302/5412951.1